IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**PATRICIA RAMIREZ**                                                                 **PLAINTIFF**

vs.                             No. 1:22-cv-308-LY

**WISEMAN FAMILY PRACTICE, PLLC,**                              **DEFENDANTS**
**and JEREMY D. WISEMAN**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Patricia Ramirez and Defendants Wiseman Family Practice, PLLC, and Jeremy Wiseman, hereby jointly stipulate to and move for a dismissal of all claims and causes of action asserted in the above-captioned action by or against any party in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses, and attorneys' fees except as otherwise agreed between them.

Respectfully submitted,

**PLAINTIFF PATRICIA RAMIREZ**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 2
Patricia Ramirez v. Wiseman Family Practice, PLLC, et al.
U.S.D.C. (W.D. Tex.) No. 1:22-cv-308-LY
Joint Stipulation of Dismissal with Prejudice

    and    **WISEMAN FAMILY PRACTICE, PLLC,
AND JERRY D. WISEMAN,
DEFENDANTS**

DeSHAZO & NESBITT L.L.P.
809 West Avenue
Austin, Texas 78701
Telephone: (512) 617-5560
Facsimile: (512) 617-5563

*/s/ William T. Palmer*
William T. Palmer
Tex. Bar No. 2411765
wpalmer@dnaustin.com

Laura J. Goodson
Tex. Bar No. 24045959
lgoodson@dnaustin.com


## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed via the CM/ECF system, which will provide notice to the attorney named below:

Laura J. Goodson, Esq.
William T. Palmer, Esq.
DeSHAZO & NESBITT L.L.P.
809 West Avenue
Austin, Texas 78701
Telephone: (512) 617-5560
Facsimile: (512) 617-5563
lgoodson@dnaustin.com
woalmer@dnaustin.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
**Patricia Ramirez v. Wiseman Family Practice, PLLC, et al.**
**U.S.D.C. (W.D. Tex.) No. 1:22-cv-308-LY**
**Joint Stipulation of Dismissal with Prejudice**